IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCUS FAYETTE,** | Case No. C 12-4243 LHK (PR) |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **RONALD BARNES, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, respondent is granted an additional fourteen (14) days to and including January 23, 2013, to file an answer to the petition for writ of habeas corpus. Petitioner may file a reply within thirty(30) days after the answer has been filed and served.

Dated: 1/14/13

The Honorable Lucy H. Koh

[Proposed] Order (C 12-4243 LHK (PR))