IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS FAYETTE,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN RONALD BARNES,<br><br>    Respondent. | No. C 12-4243 LHK (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME<br><br><br><br>(Docket No. 11.) |

    Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On October 11, 2012, the Court issued an order to show cause why a writ of habeas corpus should not be granted.  Respondent filed a response to the order to show cause on January 23, 2013.  Petitioner has filed a motion requesting an extension of time to file a traverse.  Petitioner's motion is GRANTED.  Petitioner shall file a traverse **no later than twenty-eight (28) days** from the filing date of this order.

    This order terminates docket number 11.

    IT IS SO ORDERED.

DATED:   2/19/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Extension of Time to File Traverse
G:\PRO-SE\SJ.LHK\HC.12\Fayette243eot-trav.wpd