1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   MARCUS FAYETTE,                    )   No. C 12-4243 LHK (PR)
                                        )
12             Petitioner,              )   ORDER GRANTING MOTION FOR
                                        )   EXTENSION OF TIME
13      v.                              )
                                        )
14   WARDEN RONALD BARNES,              )
                                        )
15             Respondent.             )
     _____)  (Docket No. 11.)

16          Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus

17   pursuant to 28 U.S.C. § 2254.  On October 11, 2012, the Court issued an order to show cause

18   why a writ of habeas corpus should not be granted.  Respondent filed a response to the order to

19   show cause on January 23, 2013.  Petitioner has filed a motion requesting an extension of time to

20   file a traverse.  Petitioner's motion is GRANTED.  Petitioner shall file a traverse **no later than**

21   **twenty-eight (28) days** from the filing date of this order.

22          This order terminates docket number 11.

23          IT IS SO ORDERED.

24   DATED:   2/19/13

25                                          LUCY H. KOH
                                            United States District Judge
26

27

28

Order Granting Extension of Time to File Traverse
G:\PRO-SE\SJ.LHK\HC.12\Fayette243eot-trav.wpd