IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARCUS FAYETTE, | ) | No. C 12-4243 LHK (PR) |
| Petitioner, | ) ) | ORDER GRANTING MOTION FOR THIRD EXTENSION OF TIME |
| v. | ) ) | |
| WARDEN RONALD BARNES, | ) ) | |
| Respondent. | ) ) | (Docket No. 16.) |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 11, 2012, the Court issued an order to show cause why a writ of habeas corpus should not be granted. Respondent filed a response to the order to show cause on January 23, 2013. Petitioner has filed a motion requesting a third extension of time to file a traverse. Petitioner's motion is **GRANTED**. Petitioner shall file a traverse **no later than thirty (30) days** from the filing date of this order.

This order terminates docket number 16.

IT IS SO ORDERED.

DATED: 4/24/13

LUCY H. KOH
United States District Judge

Order Granting Motion for Third Extension of Time to File Traverse
G:\PRO-SE\SJ.LHK\HC.12\Fayette243eot3-trav.wpd