# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS FAYETTE,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN RONALD BARNES,<br><br>    Respondent. | No. C 12-4243 LHK (PR)<br><br>ORDER GRANTING MOTION FOR FOURTH EXTENSION OF TIME<br><br><br><br>(Docket No. 18) |

    Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 11, 2012, the Court issued an order to show cause why a writ of habeas corpus should not be granted. Respondent filed a response to the order to show cause on January 23, 2013. Petitioner has filed a motion requesting a fourth extension of time to file a traverse. Petitioner's motion is **GRANTED**. Petitioner shall file a traverse **no later than June 24, 2013**.

    This order terminates docket number 18.

    IT IS SO ORDERED.

DATED: 6/13/13

                                          LUCY H. KOH<br>                                          United States District Judge