IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS FAYETTE,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN RONALD BARNES,<br><br>    Respondent. | No. C 12-4243 LHK (PR)<br><br>ORDER GRANTING MOTION FOR FIFTH EXTENSION OF TIME<br><br><br><br><br><br>(Docket No. 20) |

    Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On October 11, 2012, the Court issued an order to show cause why a writ of habeas corpus should not be granted.  Respondent filed a response to the order to show cause on January 23, 2013.  Petitioner has filed a motion requesting a fifth extension of time to file a traverse.  Petitioner's motion is **GRANTED**.  Petitioner shall file a traverse **no later than August 24, 2013**, six months after Petitioner's traverse was originally due.  No further extensions of time will be contemplated absent exigent circumstances.

    This order terminates docket number 20.

    IT IS SO ORDERED.

DATED: 7/17/13

LUCY H. KOH
United States District Judge

Order Granting Motion for Fifth Extension of Time to File Traverse
G:\PRO-SE\LHK\HC.12\Fayette243eot5-trav.wpd