IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARCUS FAYETTE, | ) | No. C 12-4243 LHK (PR) |
| Petitioner, | ) ) ) | ORDER GRANTING MOTIONS FOR EXTENSION OF TIME |
| v. | ) ) | |
| WARDEN RONALD BARNES, | ) ) | |
| Respondent. | ) ) | (Docket Nos. 22, 23 & 24) |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 11, 2012, the court issued an order to show cause why a writ of habeas corpus should not be granted. Respondent filed a response to the order to show cause on January 23, 2013. Petitioner's traverse was due on August 24, 2013. Petitioner has filed motions requesting a sixth extension of time to file a traverse. Petitioner's motions are **GRANTED**. Petitioner shall file a traverse **no later than thirty days from the filing date of this order. No further extensions will be granted.**

This order terminates docket numbers 22, 23 and 24.

IT IS SO ORDERED.

DATED: 9/10/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Motion for Sixth Extension of Time to File Traverse
G:\PRO-SE\LHK\HC.12\Fayette243eot6-trav.wpd