IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS FAYETTE,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN RONALD BARNES,<br><br>    Respondent. | No. C 12-4243 LHK (PR)<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE OVERSIZED BRIEF<br><br>(Docket No. 27) |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent filed a response to the order to show cause. Petitioner filed a traverse. (Docket No. 26.) Petitioner also filed a motion for leave to file an oversized brief. (Docket No. 27.) Petitioner's motion is **GRANTED**.

This order terminates docket number 27.

IT IS SO ORDERED.

DATED: 4/8/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Motion for Leave to File Oversized Brief
P:\PRO-SE\LHK\HC.12\Fayette243oversized.wpd